[1999-CA-02000-COA](#)